**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-03040-CMA-MJW

PATRICK WESLEY,

    Plaintiff,

v.

ASSET ACCEPTANCE, LLC, a Delaware limited liability company,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Court having reviewed Plaintiff's Notice of Dismissal with Prejudice (Doc. # 6), and being fully advised in the premises, hereby

ORDERS that this case is DISMISSED WITH PREJUDICE, each party to pay his or its own attorney's fees and costs.

DATED: December __16__, 2011

                                  BY THE COURT:

                                  _____
                                  CHRISTINE M. ARGUELLO
                                  United States District Judge